# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RANDAY TOLIVER | § | |
| | § | Civil Action No. 4:20-CV-132 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| MARTIN BRADDY, ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 6, 2021, the report of the Magistrate Judge (Dkt. #51) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Randay Toliver's Motion for Dismissal and Motion for Injunction (Dkt. #7), Motion to Dismiss on Speedy Trial Grounds (Dkt. #26), and Motion to Stop Injunction (Dkt. #28) each be denied.  Plaintiff acknowledged receipt of the report on February 12, 2021 (Dkt. #54).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Dismissal and Motion for Injunction (Dkt. #7), Motion to Dismiss on Speedy Trial Grounds (Dkt. #26), and Motion to Stop Injunction (Dkt. #28) are each **DENIED**.

**IT IS SO ORDERED**.

 **SIGNED this 8th day of March, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE